IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFINO ACEVEDO, | 1:09-cv-01479-BAK-GSA (HC) |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| vs. | (DOCUMENT #9) |
| JAMES YATES, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's prison trust account statement. (Doc. 9). Examination of these documents reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis (Doc. 9), is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated:   September 10, 2009                   /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE